**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| VAMSIDHAR VURIMINDI, | : No. 123 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.